AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

THEAPPLIUS ANDRE GOODMAN,

        Plaintiff,

v.

MR. BRIAN KEMP; MR. TIMOTHY WARD;
GEORGIA PARDON AND PAROLE BOARD;
DODGE STATE PRISON; and CORDELE JUDICIAL
CIRCUIT,

        Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV 622-075

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's February 16, 2023 Order adopting the Magistrate Judge's Report and Recommendation as its opinion, Plaintiff's Amended Complaint is dismissed. This case stands closed.



2/16/2023
*Date*

John E. Triplett, Clerk of Court
*Clerk*

(By) Deputy Clerk

GAS Rev 10/2020