IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

THEAPPLIUS ANDRE GOODMAN,   )
                                                                                         )
    Plaintiff,                        )
                                                           )    CV 622-075
v.                              )
                                               )
MR. BRIAN KEMP; MR. TIMOTHY WARD;   )
GEORGIA PARDON AND PAROLE BOARD;   )
DODGE STATE PRISON; and   )
CRISP COUNTY SUPERIOR COURT, et. al.,   )
                                               )
    Defendants.                  )

**O R D E R**

The appeal in the above-styled action having been dismissed for want of prosecution by the United States Court of Appeals for the Eleventh Circuit,

**IT IS HEREBY ORDERED** that the Mandate of the United States Court of Appeals for the Eleventh Circuit is made the Order of this Court.

SO ORDERED, this ___29th___ day of March 29, 2023.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA